# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130852

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 130852
                                        COA: 257143
                                        Wayne CC: 04-004108

CHARLES LEE WIDEMAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006                                            _____

t0619                                                    Clerk